IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::
: CHAPTER 13
CHRISTINE M. GRIFFIN :
      Debtor : CASE NO. 5-19-03415
::::::::::::::::::::::::::::::::::::::::::::::::::::

## SECOND MOTION FOR EXTENSION OF TIME FOR DEBTOR TO FILE SCHEDULES, STATEMENT OF AFFAIRS, MEANS TEST AND CHAPTER 13 PLAN

**NOW COMES** Mark J. Conway, counsel for Debtor, Christine M. Griffin, hereby requests an extension of time to file Debtor's Schedules, Statement of Affairs, Means Test and Chapter 13 Plan and in support thereof avers as follows:

1. On August 9, 2019, the Debtor filed a Voluntary Petition and Matrix under Chapter 13 of the Bankruptcy Code on an emergency basis.

2. On August 15, 2019, the Debtor filed a request for an extension of time to file her Schedules, Statement of Financial Affairs and Means Test. An Order was entered allowing the Debtor until September 12, 2019 to file her Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan.

3. The Debtor requests an additional extension of twenty (20) days to file her Schedules, Statement of Affairs, Means Test and Chapter 13 Plan in order to properly complete the required information.

**WHEREFORE,** the Debtor respectfully requests that this Court grant an extension of time of twenty (20) days to file the Debtor's Schedules, Statement of Affairs, Means Test and Chapter 13 Plan.

**CONWAY LAW OFFICES, P.C.**

/s/Mark J. Conway
MARK J. CONWAY, ESQUIRE
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: September 12, 2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE M. GRIFFIN** | : | CHAPTER 13 |
| Debtor | : | CASE NO. 5-19-03415 |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I have caused to be served on this day, true and correct copy of the foregoing Motion for Extension of Time for Debtor to File Schedules, Statement of Affairs and Chapter 13 Plan upon the following via e-mail and/or by first class mail, postage pre-paid:

Charles J. DeHart, III, Esq.
Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604
dehartstaff@pamd13trustee.com

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: September 12, 2019