In re:                                                              Case No. 19-03415-RNO
Christine M. Griffin                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Sep 27, 2019
                             Form ID: ntnew341        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db              +Christine M. Griffin,   112 S 4th Street,   Frackville, PA 17931-1614
5232936         +KML Law Group, P.C.,   701 Market Street, Ste. 5000,   Mellon Independence Center,
                 Philadelphia, PA 19106-1541
5239690         +M&T Bank,   c/o McCabe, Weisberg & Conway, LLC,   Suite 1400,   123 South Broad Street,
                 Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 19:29:38
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5232935          E-mail/Text: bankruptcy@huntington.com Sep 27 2019 19:21:39      Huntington National Bank,
                 PO Box 182519,   Columbus, OH 43218-2519
5232937          E-mail/Text: camanagement@mtb.com Sep 27 2019 19:21:35      M&T Bank,   One Fountain Plaza,
                 Buffalo, NY 14203
5233440         +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 19:29:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5236807         +E-mail/Text: bankruptcy@huntington.com Sep 27 2019 19:21:39      The Huntington National Bank,
                 P O Box 89424,   Cleveland OH 44101-6424
                                                                                        TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 Christine M. Griffin info@mjconwaylaw.com,
              connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christine M. Griffin,                                Chapter          13

**Debtor 1**

Case No.          5:19–bk–03415–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: November 18, 2019 |
| | Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 27, 2019 |

ntnew341 (04/18)