# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Christine M Griffin              |Personnel Number..... 00512774                |
|112 South 4th Street             |Corrections                                   |
|Frackville PA  17931             |Pay Period.. 06/30/2019 - 07/13/2019          |
|                                 |Fed Tax Status: Married, Withhold at Higher   |
|                                 |Fed Tax Allowances: 00    Period: 15/2019     |
|B/U:H3     Group:05    Level:18  |                                              |
|_____|_____|
| Pay Date       Payment Amount =     Gross    +     Reim.  -     Taxes  -     Deds. |
| 07/26/2019       2,311.64      =   3,606.40  +     0.00   -    949.20  -    345.56 |
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 45.08 | 68.25 | 3,076.71 | 45,039.80 |
| Annual Leave Pay | 45.08 | 2.50 | 112.70 | 4,350.39 |
| Sick Leave Pay | | | | 1,314.50 |
| Sick Family Leave | 45.08 | 1.25 | 56.35 | 333.23 |
| Holiday/Comp lieu Holiday | 45.08 | 8.00 | 360.64 | 2,126.88 |
| Total Gross | | | 3,606.40 | 53,164.80 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 532.94 | 7,853.44 |
| TX EE Social Security Tax | | 218.00 | 3,213.81 |
| TX EE Medicare Tax | | 50.99 | 751.62 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 107.95 | 1,591.35 |
| TX EE Unemployment Tax | | 2.16 | 31.90 |
| Local | Frackville Borough | | |
| TX Withholding Tax | | 35.16 | 518.30 |
| Local | Mahanoy Township | | |
| TX Local Services Tax | | 2.00 | 30.00 |
| EE Taxes | | 949.20 | 13,990.42 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 90.16 | 1,329.12 |
| Deferred Compensation | 30.00 | 240.00 |
| Full Cov Cls AA/Cat 1,6,8 | 225.40 | 3,322.80 |
| Total Deductions | 345.56 | 4,891.92 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 2,311.64 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 218.00 | |
| TX ER Medicare Tax | 50.99 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 288.00 | |
| ER Workers Comp Benefit | 123.37 | |
| PR Basic PPO | 486.00 | |
| ER-SERS | 1,421.64 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 3,260.84 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Christine M Griffin                    |Personnel Number..... 00512774              |
|112 South 4th Street                   |Corrections                                 |
|Frackville PA  17931                   |Pay Period.. 06/16/2019 - 06/29/2019        |
|                                       |Fed Tax Status: Married, Withhold at Higher |
|                                       |Fed Tax Allowances: 00    Period: 14/2019   |
|B/U:H3     Group:05    Level:18        |                                            |
|_____|_____|
| Pay Date       Payment Amount =     Gross    +    Reim.   -    Taxes    -    Deds. |
| 07/12/2019       2,274.38     =    3,544.00  +    0.00    -   929.52    -   340.10 |
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 44.30 | 76.75 | 3,400.03 | 41,974.17 |
| Annual Leave Pay | | | | 4,237.69 |
| Sick Leave Pay | | | | 1,303.43 |
| Sick Family Leave | 44.30 | 3.25 | 143.97 | 276.87 |
| Holiday/Comp lieu Holiday | | | | 1,766.24 |
| Total Gross | | | 3,544.00 | 49,558.40 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 520.42 | 7,320.50 |
| TX EE Social Security Tax | 214.24 | 2,995.81 |
| TX EE Medicare Tax | 50.10 | 700.63 |
| State            Pennsylvania | | |
| TX Withholding Tax | 106.08 | 1,483.40 |
| TX EE Unemployment Tax | 2.13 | 29.74 |
| Local            Frackville Borough | | |
| TX Withholding Tax | 34.55 | 483.14 |
| Local            Mahanoy Township | | |
| TX Local Services Tax | 2.00 | 28.00 |
| EE Taxes | 929.52 | 13,041.22 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 88.60 | 1,238.96 |
| Deferred Compensation | 30.00 | 210.00 |
| Full Cov Cls AA/Cat 1,6,8 | 221.50 | 3,097.40 |
| Total Deductions | 340.10 | 4,546.36 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 2,274.38 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 214.24 | |
| TX ER Medicare Tax | 50.10 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 288.00 | |
| ER Workers Comp Benefit | 121.24 | |
| PR Basic PPO | 486.00 | |
| ER-SERS | 1,397.04 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 3,203.90 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Christine M Griffin                   |Personnel Number..... 00512774                |
|112 South 4th Street                  |Corrections                                   |
|Frackville PA  17931                  |Pay Period.. 06/02/2019 - 06/15/2019          |
|                                      |Fed Tax Status: Married, Withhold at Higher   |
|                                      |Fed Tax Allowances: 00    Period: 13/2019     |
|B/U:H3    Group:05    Level:18        |                                              |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/2019 | 2,274.39 | = | 3,544.00 | + | 0.00 | - | 929.51 | - | 340.10 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 44.30 | 76.50 | 3,388.95 | 38,574.14 |
| Annual Leave Pay | 44.30 | 3.50 | 155.05 | 4,237.69 |
| Sick Leave Pay | | | | 1,303.43 |
| Sick Family Leave | | | | 132.90 |
| Holiday/Comp lieu Holiday | | | | 1,766.24 |
| Total Gross | | | 3,544.00 | 46,014.40 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 520.42 | 6,800.08 |
| TX EE Social Security Tax | 214.23 | 2,781.57 |
| TX EE Medicare Tax | 50.10 | 650.53 |
| State            Pennsylvania | | |
| TX Withholding Tax | 106.08 | 1,377.32 |
| TX EE Unemployment Tax | 2.13 | 27.61 |
| Local            Frackville Borough | | |
| TX Withholding Tax | 34.55 | 448.59 |
| Local            Mahanoy Township | | |
| TX Local Services Tax | 2.00 | 26.00 |
| EE Taxes | 929.51 | 12,111.70 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 88.60 | 1,150.36 |
| Deferred Compensation | 30.00 | 180.00 |
| Full Cov Cls AA/Cat 1,6,8 | 221.50 | 2,875.90 |
| Total Deductions | 340.10 | 4,206.26 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,274.39 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 214.23 |
| TX ER Medicare Tax | 50.10 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 121.24 |
| PR Basic PPO | 486.00 |
| ER-SERS | 1,352.39 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,203.90 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Christine M Griffin | Personnel Number..... 00512774 |
|---|---|
| 112 South 4th Street | Corrections |
| Frackville PA  17931 | Pay Period.. 05/19/2019 - 06/01/2019 |
| | Fed Tax Status: Married, Withhold at Higher |
| | Fed Tax Allowances: 00    Period: 12/2019 |
| B/U:H3      Group:05     Level:18 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2019 | 2,274.38    = | 3,544.00 | + | 0.00 | - | 929.52 | - | 340.10 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 44.30 | 72.00 | 3,189.60 | 35,185.19 |
| Annual Leave Pay | | | | 4,082.64 |
| Sick Leave Pay | | | | 1,303.43 |
| Sick Family Leave | | | | 132.90 |
| Holiday/Comp lieu Holiday | 44.30 | 8.00 | 354.40 | 1,766.24 |
| Total Gross | | | 3,544.00 | 42,470.40 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 520.42 | 6,279.66 |
| TX EE Social Security Tax | 214.24 | 2,567.34 |
| TX EE Medicare Tax | 50.11 | 600.43 |
| State            Pennsylvania | | |
| TX Withholding Tax | 106.08 | 1,271.24 |
| TX EE Unemployment Tax | 2.12 | 25.48 |
| Local            Frackville Borough | | |
| TX Withholding Tax | 34.55 | 414.04 |
| Local            Mahanoy Township | | |
| TX Local Services Tax | 2.00 | 24.00 |
| EE Taxes | 929.52 | 11,182.19 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 88.60 | 1,061.76 |
| Deferred Compensation | 30.00 | 150.00 |
| Full Cov Cls AA/Cat 1,6,8 | 221.50 | 2,654.40 |
| Total Deductions | 340.10 | 3,866.16 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,274.38 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 214.24 |
| TX ER Medicare Tax | 50.11 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 121.24 |
| PR Basic PPO | 486.00 |
| ER-SERS | 1,352.39 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,203.90 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|