```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03415-RNO
Christine M. Griffin                                                Chapter 13
          Debtor             CERTIFICATE OF NOTICE
District/off: 0314-5         User: RyanEshel            Page 1 of 1         Date Rcvd: Nov 20, 2019
                             Form ID: ntcnfhrg          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db            +Christine M. Griffin,    112 S 4th Street,    Frackville, PA 17931-1614
5252437       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5232936       +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Mellon Independence Center,
               Philadelphia, PA 19106-1541
5239690       +M&T Bank,   c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,    123 South Broad Street,
               Philadelphia, PA 19109-1060
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2019 19:41:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5232935        E-mail/Text: bankruptcy@huntington.com Nov 20 2019 19:37:25     Huntington National Bank,
               PO Box 182519,    Columbus, OH 43218-2519
5232937        E-mail/Text: camanagement@mtb.com Nov 20 2019 19:37:12     M&T Bank,    One Fountain Plaza,
               Buffalo, NY 14203
5259628        E-mail/Text: camanagement@mtb.com Nov 20 2019 19:37:12     M&T Bank,    PO BOX 840,
               BUFFALO, NY 14240
5233440       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2019 19:40:20      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5236807       +E-mail/Text: bankruptcy@huntington.com Nov 20 2019 19:37:25     The Huntington National Bank,
               P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Debtor 1 Christine M. Griffin info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christine M. Griffin,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−03415−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 1, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 8, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 20, 2019 |

ntcnfhrg (03/18)