IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| : | CHAPTER 13 |
| CHRISTINE M. GRIFFIN : | |
| Debtor : | CASE NO. 5-19-03415 |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance and remove my name from the distribution list in this matter.

**CONWAY LAW OFFICES, P.C.**

**/s/ Mark J. Conway**
MARK J. CONWAY, ESQ.
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

## ENTRY OF APPEARANCE, REQUEST FOR PLACEMENT ON DISTRIBUTION LIST AND DISCLOSURE OF COMPENSATOIN

Please take notice that Brian E. Manning, Esq. hereby appears in the above-captioned case as Debtor's counsel. Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002(g), 2002(i), and 2016, please enter my appearance, place my name on the distribution list and forward to me any pertinent documents the Court or parties issued.

**CONWAY LAW OFFICES, P.C.**

**/s/ Brian E. Manning**
Brian E. Manning, ESQ.
502 S. Blakely Street, Ste. 2
Dunmore, PA 18512
Phone 570-558-1126
Fax 866-559-9808

DATED: July 21, 2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| | **: CHAPTER 13** |
| **CHRISTINE M. GRIFFIN** | **:** |
| Debtor | **: CASE NO. 5-19-03415** |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal, hereby certify that on this 21st day of July 2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the Filing Users at the email address listed in the CM/ECF system.

**CONWAY LAW OFFICES, P.C.**

**/s/ Amy L. Marta**
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377