IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTINE M. GRIFFIN | : | |
| | : | CASE NO: 5:19-bk-03415-MJC |
| | : | |
| DEBTOR | : | |

## ENTRY OF APPEARANCE

Please enter my appearance for the Debtor, Christine M. Griffin.

    Newman Williams, P.C.

    /s/ Vincent Rubino, Esq.
    Vincent Rubino, Esq.
    Attorney I.D. No. 49628
    712 Monroe Street
    Stroudsburg, PA 18360
    Phone Number: 570-421-9090
    Fax Number: 570-424-9739
    Email: vrubino@newmanwilliams.com